# UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

## No. 19-6110

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

ROGER CHARLES DAY, JR.,

    Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., District Judge.  (3:07-cr-00154-JAG-3)

---

Submitted:  May 16, 2019          Decided:  May 21, 2019

---

Before DIAZ and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Roger Charles Day, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger Charles Day, Jr., appeals the district court's order denying his motions under Fed. R. Crim P. 41(g) and Fed. R. Civ. P. 36. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Day*, No. 3:07-cr-00154-JAG-3 (E.D. Va. Dec. 27, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*